IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWNA CARROLL,

       Plaintiff,                     Civ. No. 09-3093-CL

v.                                  **ORDER**

ERIC HOLDER JR., UNITED STATES
ATTORNEY GENERAL,

       Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#50), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the R & R and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error in the R & R.

1 - ORDER

Magistrate Judge Clarke's Report and Recommendation (#50) is adopted. Defendant's motion (#22) to dismiss, or, in the alternative, for summary judgment is GRANTED.

IT IS SO ORDERED.

DATED this 24 day of January, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER