IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWNA CARROLL

        Plaintiff,

1:09-cv-3093-CL

v.

**ORDER**

ERIC HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#66), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1 - ORDER

1983). I conclude the Report is correct.

I adopt Magistrate Judge Clarke's Report and Recommendation (#66). Defendant's Bill of Costs (#63) is allowed in the amount of $5,242.82.

IT IS SO ORDERED.

DATED this __11__ day of May, 2012.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER